STUART F. DELERY
Acting Assistant Attorney General, Civil Division

MELINDA HAAG (CABN 132612)
United States Attorney for the Northern District of California

MAAME EWUSI-MENSAH FRIMPONG (CABN 222986)
Deputy Assistant Attorney General, Civil Division

MICHAEL S. BLUME (PA 78525)
Director, Consumer Protection Branch

ADRIENNE E. FOWLER[*]
Trial Attorney, Consumer Protection Branch, U.S. Department of Justice
450 5th St. NW, Room 6400
Washington, DC 20530
(202) 514-9471
(202) 514-8742 (fax)
Adrienne.E.Fowler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:12-cv-04177-HRL |
| Plaintiff, | **JOINT MOTION TO ENTER PROPOSED STIPULATED ORDER** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff, the United States of America, and defendant, Google Inc., request entry of the attached Proposed Stipulated Order for Permanent Injunction and Civil Penalty Judgment as an order of this Court. All parties have agreed to the Stipulated Order. On August 7, counsel for

---

[*] Member in good standing of the New York Bar, which does not issue bar numbers.

JOINT MOTION TO ENTER STIPULATED ORDER                                     5:12-cv-04177-HRL
1

Google Inc. authorized counsel for the United States to sign and file this Joint Motion on behalf of all parties.

| | |
|---|---|
| **Date:** August 9, 2012 | **Respectfully submitted:** |
| **Of Counsel:** | STUART F. DELERY<br>Acting Assistant Attorney General,<br>Civil Division |
| JAMES A. KOHM<br>Associate Director for Enforcement | |
| | MELINDA HAAG (CABN 132612)<br>United States Attorney<br>for the Northern District of California |
| LAURA KIM<br>Assistant Director for Enforcement | |
| MEGAN E. GRAY<br>Attorney<br>MEGAN A. BARTLEY<br>Attorney<br>Federal Trade Commission<br>Bureau of Consumer Protection<br>Division of Enforcement<br>600 Pennsylvania Avenue, N.W.<br>Mail Drop M-8102B<br>Washington, DC 20580<br>(202) 326-3408, mgray@ftc.gov<br>(202) 326-3424, mbartley@ftc.gov<br>(202) 326-2558 (fax) | MAAME EWUSI-MENSAH FRIMPONG<br>(CABN 222986)<br>Deputy Assistant Attorney General, Civil Division<br>MICHAEL S. BLUME (PA 78525)<br>Director, Consumer Protection Branch<br><br>   /s/ Adrienne E. Fowler<br>ADRIENNE E. FOWLER<br>Trial Attorney<br>Consumer Protection Branch<br>Department of Justice, Civil Division<br>450 5th St. NW, Suite 6400<br>Washington, DC 20530<br>(202) 514-9471<br>(202) 514-8742 (fax)<br>Adrienne.E.Fowler@usdoj.gov |

<u>Certificate of Service</u>

I certify that on August 9, 2012, I served the above-entitled JOINT MOTION TO ENTER PROPOSED STIPULATED ORDER and its attachments via Federal Express upon:

Leo P. Cunningham
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
*Attorney for Google Inc.*

                                        /s/ Adrienne E. Fowler