GARY L. REBACK (SBN 100118)
greback@carrferrell.com
ROBERT J. YORIO (SBN 93178)
Yorio@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California  94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for *Amicus Curiae*
CONSUMER WATCHDOG

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>GOOGLE INC.,<br><br>                    Defendant. | CASE NO. CV 12-04177 SI<br><br>**DECLARATION OF ROBERT J. YORIO IN SUPPORT OF MOTION OF CONSUMER WATCHDOG (1) FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN OPPOSITION TO PROPOSED STIPULATED ORDER OF THE PARTIES, (2) FOR MODIFICATION OF MAGISTRATE JUDGE'S BRIEFING SCHEDULE, AND (3) FOR AN ORDER SETTING A HEARING ON THE PARTIES' MOTION AND PERMITTING CONSUMER WATCHDOG TO PARTICIPATE THEREIN**<br><br>Date:         Sept. 28, 2012<br>Time:        9:00 a.m.<br>Courtroom: 10<br>Judge:       Honorable Susan Illston |

I, Robert J. Yorio, declare as follows:

1. I am a partner with the law firm of Carr & Ferrell, LLP.

2. Attached hereto as Exhibit A is a true and correct copy of the February 17, 2012 letter sent from Consumer Watchdog to the Honorable Jon Leibowitz, Chairman of the Federal Trade

-1-
DECLARATION OF ROBERT J. YORIO ISO OF MOTION TO FILE AMICUS BRIEF
(CASE NO. CV 12-04177 SI)

Commission, requesting that each of the FTC Commissioners investigate whether Google was violating its prior consent decree.

3. Attached hereto as Exhibit B is a true and correct copy of the March 29, 2012 Federal Trade Commission response to Consumer Watchdog's February 17, 2012 request to investigate Google.

4. On August 20, 2012, I contacted Plaintiff's Attorney, Adrienne Elise Fowler at the U.S. Department of Justice, Office of Consumer Litigation, by email to inquire whether Plaintiff would consent to the filing of an *amicus curiae* brief by Consumer Watchdog. On August 21, 2012, I was informed by Ms. Fowler that Plaintiff would not take a position regarding the filing of the brief.

5. On August 20, 2012, I contacted Counsel for Defendant, Leo Patrick Cunningham of Wilson Sonsini Goodrich & Rosati by email with the same request. On August 21, 2012, Defendant also declined to take a position as to the filing of an *amicus curiae* brief by Consumer Watchdog.

I declare under penalty of perjury under the laws of the State of California that each of the above statements is true and correct. Executed on August 21, 2012, in Menlo Park, California.

       /s/ Robert J. Yorio  
       ROBERT J. YORIO