GARY L. REBACK (SBN 100118)
greback@carrferrell.com
ROBERT J. YORIO (SBN 93178)
Yorio@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California  94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for *Amicus Curiae*
CONSUMER WATCHDOG

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br><br>GOOGLE INC.,<br><br>                     Defendant. | CASE NO. CV 12-04177 SI<br><br>**[PROPOSED] ORDER GRANTING CONSUMER WATCHDOG'S MOTION TO FILE *AMICUS CURIAE* BRIEF, TO PARTICPATE IN SCHEDULED HEARINGS AND MODIFCATION OF BRIEFING SCHEDULE**<br><br>Date:         Sept. 28, 2012<br>Time:        9:00 a.m.<br>Courtroom: 10<br>Judge:       Honorable Susan Illston |

### **[PROPOSED] ORDER**

Upon consideration of the Motion of CONSUMER WATCHDOG to modify the Magistrate Judge's briefing schedule, to permit Consumer Watchdog to file an *amicus brief*, and to participate in any scheduled hearing or oral argument, the Court HEREBY GRANTS the Motion, and permits Consumer Watchdog to the *amicus curiae* brief and allows *Amicus Curiae* Consumer Watchdog to participate at scheduled hearings or oral arguments.

The Court also modifies the briefing schedule as follows:

1) *Amicus* Brief Response Due: _____, 2012

2) Reply Briefs Due: _____, 2012

3) Hearing Date: _____, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____, 2012         By: _____
                                    HONORABLE SUSAN ILLSTON
                                    DISTRICT COURT JUDGE