

Writer's Direct Dial Number
(650) 812-3489

*VIA ELECTRONIC FILING*

October 4, 2012

Honorable Susan Illston
U.S. District Court,
 Northern District of California
San Francisco Courthouse
Courtroom 10 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *United States of America v. Google Inc.*
          U.S. District Court Case Number: 3:12-cv-04177-SI

Dear Judge Illston:

    We are a bit confused by the wording of the Clerk's Notice posted today (October 4, 2012).

    As we interpret the notice, the hearing scheduled for October 16, 2012 is to determine whether Consumer Watchdog will be permitted to file a reply brief (and other procedural issues) rather than a merits agreement regarding whether to enter the proposed order. And we therefore understand that we are not to file anything in advance of the October 16, 2012 hearing.

    If our understanding is incorrect and we need to file our reply brief before the hearing, we respectfully ask that the notice be clarified to so indicate.

                        Very truly yours,

                        CARR & FERRELL LLP

                         /s/ Gary L. Reback

                        GARY L. REBACK
                        Attorneys for Amicus Curiae
                        Consumer Watchdog

cc:    All counsel