GARY L. REBACK (SBN 100118)
greback@carrferrell.com
ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Drive
Menlo Park, California  94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for *Amicus Curiae*
CONSUMER WATCHDOG

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | CASE NO. CV 12-04177 SI<br><br>**[PROPOSED] ORDER GRANTING CONSUMER WATCHDOG'S MOTION FOR ADMINISTRATIVE RELIEF (L.R. 7-11) IN ORDER TO FILE REPLY BRIEF** |

**[PROPOSED] ORDER**

Nonparty Consumer Watchdog has filed a motion for leave to file a reply to Plaintiff United States of America's reply brief (Docket No. 15) and Defendant Google Inc.'s reply brief (Docket No. 16). The Court GRANTS the request, and directs that Consumer Watchdog's reply brief be filed no later than Friday, October ~~5,~~ 15, 2012. After review of the briefing, the Court will schedule a hearing if necessary.

**IT IS SO ORDERED.**

Dated: 10/12 , 2012           By: _____
                                   HONORABLE SUSAN ILLSTON
                                   United States District Judge